# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB |
| | [PROPOSED] **ORDER GRANTING NGRV'S MOTION TO WITHDRAW AS COUNSEL FOR PLANTIFF K.N.** |
| This Document Relates to: | |
| *K.N.. v. Uber Technologies, Inc., et al.* Case No. 3:25-cv-04184 | |

This matter comes before the Court on the Motion of Nigh Goldenberg Raso & Vaughn PLLC ("NGRV") to withdraw as counsel for Plaintiff K.N. in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. NGRV's Motion is GRANTED. NGRV and its attorneys are terminated as counsel of record for Plaintiff K.N.

2. Pursuant to Local Rule 11-5(b) NGRV is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as these Plaintiffs appear *pro se* or counsel appear on their behalf.

**IT IS SO ORDERED.**

Dated: January 9, 2026



HO
Uni
Judge Charles R. Breyer

- 1 -